IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Jarvis Tremaine Emerson
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Gibson County Sheriff's Department
(Sheriff Paul Thomas)
_____

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

      Plaintiffs: _____
                  _____

      Defendants: _____
                   _____

      2. Court (if federal court, name the district; if state court, name the county): _____

      3. Docket Number: _____

      4. Name of judge to whom case was assigned: _____

      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      6. Approximate date of filing lawsuit: _____

      7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: Gibson County Correctional Complex

A. Is there a prisoner grievance procedure in the institution?   Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (X) No ( )

C. If your answer is Yes:
   1. What steps did you take? I informed the C.O.'s, Shift Sargent, Shift Corpral and the nurse.
   2. What was the result? They waited three days before doing anything. Then sent me to thier doctor not the hospital first, Then to the hospital.

D. If your answer is No, explain why not: _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Jarvis Tremaine Emerson
   Address 401 North College St. Trenton, TN 38382

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Paul Thomas is employed as Sheriff at Gibson County Sheriff's Department

C. Additional Defendants: _____

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

I broke my collar bone and did not recieve any immediate medical help. The Jail waited three days before sending me to get the medical help I needed. When questioned, the Jail staff acted as if nothing happened. When asked about pain medication they gave me Ibuprofen 1000mg. The broke in my collar bone happened because of a slip hazzard.

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking compensation for damages, and state to review policies over safety and health.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.
Signed this 3rd day of October, 2022.

*Johnie Tremaine Emerson*

(Signature of Plaintiff/Plaintiffs)