

Jarvis Tremaine Emerson #245401 / F-Pod
Gibson County Correctional Complex
401 N. College St. Trenton, TN 38382

United States District Court
Western District of Tennessee
242 Federal BLDG., 167 N. Main
Memphis, TN 38103
OFFICE OF THE CLERK

LEGAL MAIL
OFFICIAL BUSINESS