Jarvis Tremaine Emerson

v

Gibson County Sheriff's Department, et al

**SAMUEL H. MAYS, JR.**

Jarvis Tremaine Emerson

v

Gibson County Sheriff's Department, et al

**TU M. PHAM**